GILBERT *vs.* MANCHESTER IRON MANUFACTURING
COMPANY.

*It seems* in all cases where a party is entitled to *preference* on the calendar, he
should regularly move his cause during the *first week of term.*

In this case, the plaintiff at the last term obtained judgment    March 8.
by default, for the omission of the defendants to bring on a
motion to set aside a *report of referees.* The cause was moved
by the plaintiff as one entitled to *preference* in the hearing, un-
der the provisions of the statute relative to suits against corpo-
rations. The defendants excused their default, and insisted
besides that they were entitled to have the rule opened, on the
ground that it was taken against them after the first week in
term.

*By the Court,* NELSON, J. The default is satisfactorily ex-
cused, and the defendants are entitled to have it opened, on
payment of costs. [Mr. Justice Nelson intimated, that in a case
like this, where a party is entitled to a preference on the cal-
endar, the cause should regularly be moved during *the first
week of term,* as in case of frivolous demurrers and frivolous
bills of exceptions, so that the opposite party need not attend
during a whole term to watch the proceedings of his adver-
sary.]